1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  Kimberly E. Lewellen - 243663
   ELLIS, COLEMAN, POIRIER, LAVOIE,
3    & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
4  Sacramento, CA  95825
   Tel: (916) 283-8820
5  Fax: (916) 283-8821
   mellis@ecplslaw.com
6  klewellen@ecplslaw.com

7  Attorneys for Defendant PROFESSIONAL RECOVERY SERVICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FENLEY,<br><br>        Plaintiff,<br><br>v.<br><br>PROFESSIONAL RECOVERY SERVICES, INC.,<br><br>        Defendant. | Case No.:  CV09-03819-DDP VBKX<br><br>**STIPULATION FOR DISMISSAL** |

- 1 -

STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1) the parties to the above-entitled action hereby stipulate to a complete dismissal of Plaintiff Elizabeth Fenley's individual action with prejudice and without any fees and/or costs to any party. The parties further stipulate to a complete dismissal of the putative class without prejudice and without any fees and/or costs to any party.

Dated: December 2, 2009    AMIR J. GOLDSTEIN LAW OFFICES

/s/ Amir J. Goldstein
Amir J. Goldstein
Attorney for Plaintiff
ELIZABETH FENLEY

Dated: December 2, 2009    ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

/s/ Kimberly E. Lewellen
Kimberly E. Lewellen
Attorney Defendant
PROFESSIONAL RECOVERY SERVICES, INC.

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On December 2, 2009, I served the following document(s) on the parties in the within action:

**STIPULATION FOR DISMISSAL**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Amir J Goldstein<br>Amir J. Goldstein Law Offices<br>5455 Wilshire Blvd.<br>Suite 914<br>Los Angeles, CA 90036 | Attorneys for Plaintiff<br>Elizabeth Fenley |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 2, 2009.

By _____
Jennifer E. Mueller