Mark E. Ellis - 127159
Kimberly E. Lewellen - 243663
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
klewellen@ecplslaw.com

JS-6

Attorneys for Defendant PROFESSIONAL RECOVERY SERVICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FENLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PROFESSIONAL RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No.: CV 09-03819 DDP (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

**ORDER**

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice as to Plaintiff Elizabeth Fenley's individual action, and without prejudice as to the putative class.

IT IS SO ORDERED.

Dated: December 04, 2009

*[signature]*
The Honorable Hon. Dean D. Pregerson
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL